IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-01377-REB-MJW

CHRISTOPHER JOHN DANTINNE,

Plaintiff(s),

v.

ABBOTT LABORATORIES, INC.,

Defendant(s).

MINUTE ORDER
RESETTING TELEPHONIC STATUS CONFERENCE

Upon agreement of the parties, it is HEREBY ORDERED that the Telephonic Status Conference set on October 26, 2009, at 9:00 a.m., is VACATED and RESET on:

November 2, 2009, at 10:00 a.m.,
in Courtroom A-502,
Fifth Floor,
Alfred A. Arraj U.S. Courthouse,
901 19th Street,
Denver, Colorado 80294

Plaintiff's counsel shall initiate a conference call to all parties and then contact the court by calling (303) 844-2403 on the date and time set forth above.

Date:  August 27, 2009