IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01377-REB-MJW

CHRISTOPHER JOHN DANTINNE,

Plaintiff,

v.

ABBOTT LABORATORIES, INC.,

Defendant.

---

### MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Docket No. 34) is granted, and the tendered Second Amended Complaint (Docket No. 34-2) is accepted for filing as of the date of this Minute Order.

Date: September 10, 2009