**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01377-REB-MJW

CHRISTOPHER JOHN DANTINNE, on behalf of himself and others similarly situated,

      Plaintiff,

v.

ABBOTT LABORATORIES, INC.,

      Defendant.

---

**ORDER DENYING WITHOUT PREJUDICE AS MOOT
DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)**

---

**Blackburn, J.**

      The matter before me is **Defendant's Motion To Dismiss Pursuant to F.R.C.P. 12(b)(6)** [#6], filed June 19, 2009.  Plaintiffs have filed a response to the motion, but the time for filing of a reply has not yet elapsed.  Nevertheless, on August 28, 2009, plaintiff sought leave to amend his complaint in order to address some of the alleged pleading deficiencies cited in defendant's motion to dismiss.  (**See Opposed Motion for Leave To File Second Amended Complaint** [#27], filed August 28, 2009.)  The magistrate judge has now granted that motion, and the second amended complaint has been accepted for filing.  (**See Minute Order** [#39], filed September 10, 2009.)  The filing of an amended complaint moots a motion to dismiss directed at the superceded complaint.  **See Griggs v. Jornayvaz**, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); **United States ex rel. Babb v. Northrop Grumman Corp.**, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007).

1

**THEREFORE, IT IS ORDERED** that **Defendant's Motion To Dismiss Pursuant to F.R.C.P. 12(b)(6)** [#6], filed June 19, 2009, is **DENIED WITHOUT PREJUDICE** as moot.

Dated September 11, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge