IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01377-REB-MJW

CHRISTOPHER JOHN DANTINNE,

Plaintiff,

v.

ABBOTT LABORATORIES, INC.,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's *Opposed Motion for Leave to File Second Amended Complaint*, Docket Number 27, filed with the Court on August 28, 2009, is MOOT and therefore DENIED based upon the Court's Minute Order, entered on September 10, 2009, Docket Number 39.

Date:  September 29, 2009