**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01377-REB-MJW

CHRISTOPHER JOHN DANTINNE, on behalf of himself and others similarly situated,

    Plaintiff,

v.

ABBOTT LABORATORIES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal with Prejudice** [#52] filed November 17, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the  **Stipulation for Dismissal with Prejudice** [#52], filed November 17, 2009, is **APPROVED**;

2.  That the Trial Preparation Conference set for July 9, 2010, is **VACATED**;

3.  That the jury trial set to commence on July 26, 2010, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 15, 2009, at Denver, Colorado.

                              BY THE COURT:

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge